UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
M.K.B., O.P., L.W., M.A., MARIEME
DIONGUE, M.E., P.E., ANNA FEDOSENKO,
A.I., L.A.M., L.M., DENISE THOMAS,
J.Z. and GALINA RYBALKO, on their own
behalf, and on behalf of their minor
children and all others similar
situated,

               Plaintiffs,

                  -v-

VERNA EGGLESTON, as Commissioner of
the New York City Human Resources
Administration; ROBERT DOAR, as
Commissioner of the New York State
Office of Temporary and Disability
Assistance; and ANTONIA C. NOVELLO,
as Commissioner of the New York State
Department of Health,

             Defendants.
------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-13-06

05 Civ. 10446 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

      Pending before the Court is the motion of defendants Robert Doar, as Commissioner of the New York State Office of Temporary and Disability Assistance and Antonia Novello, as Commissioner of the New York State Department of Health, for reconsideration of portions of this Court's Opinion and Order entered August 29, 2006. That motion is hereby denied in its entirety. An opinion elaborating the reasons for this ruling will issue shortly.

      SO ORDERED.

                                              _____
                                            JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
           October 13, 2006